UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: LUIS M. MADRIGAL-LEAL § Case No. 09-20171
§ Hon. PAMELA S. HOLLIS
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $10,975.00 | Assets Exempt: | $10,338.00 |
| Total Distributions to Claimants: | $4,277.51 | Claims Discharged Without Payment: | $7,579.25 |
| Total Expenses of Administration: | $2,724.10 | | |

3) Total gross receipts of $7,001.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,001.61 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,724.10 | $2,724.10 | $2,724.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $10,852.68 | $11,004.08 | $11,004.08 | $4,277.51 |
| **TOTAL DISBURSEMENTS** | $10,852.68 | $13,728.18 | $13,728.18 | $7,001.61 |

4) This case was originally filed under chapter 7 on 06/02/2009.
The case was pending for 7 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/23/2009        By: /s/ ALLAN J. DeMARS
                                Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| real estate located in Penjamillo Michoacan, Mexico | 1110-000 | $7,000.00 |
| interest on invested funds | 1270-000 | $1.61 |
| **TOTAL GROSS RECEIPTS** | | **$7,001.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $1,450.16 | $1,450.16 | $1,450.16 |
| Allan J. DeMars | 2200-000 | N/A | $12.44 | $12.44 | $12.44 |
| Allan J. DeMars | 3110-000 | N/A | $1,261.50 | $1,261.50 | $1,261.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $2,724.10 | $2,724.10 | $2,724.10 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allport Clinic | 7100-000 | $70.00 | $0.00 | $0.00 | $0.00 |
| Chase Automotive Finance | 7100-000 | $10,000.00 | $11,004.08 | $11,004.08 | $4,277.51 |
| FC&A | 7100-000 | $40.96 | $0.00 | $0.00 | $0.00 |
| Rush University Medical Center | 7100-000 | $689.63 | $0.00 | $0.00 | $0.00 |
| University Pathologists | 7100-000 | $36.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

| | | | | |
|---|---|---|---|---|
| XM Satellite Radio    7100-000 | $16.09 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | $10,852.68 | $11,004.08 | $11,004.08 | $4,277.51 |

UST Form 101-7-TDR (9/1/2009)

EXHIBIT A@ FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No. 09-20171                                      Trustee Name: Allan J. DeMars

Case Name: LUIS M. MADRIGAL-LEAL                       Date Filed (f) or Converted (c): 6/2/09 (F)

For Period Ending: 12/31/09                            §341(a) Meeting Date: 7/16/09

                                                       Claims Bar Date: 10/16/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate located in Penjamillo Michoacan, Mexico | 14,783.00 | 7,000.00 | | 7,000.00 | FA |
| 2 | checking account CHASE | 188.00 | 0.00 | DA | | FA |
| 3 | checking account Chicago Community Bank | 800.00 | 0.00 | DA | | FA |
| 4 | savings account CHASE | 150.00 | 0.00 | DA | | FA |
| 5 | household furnishings | 500.00 | 0.00 | DA | | FA |
| 6 | wearing apparel | 200.00 | 0.00 | DA | | FA |
| 7 | pension | 5,500.00 | 0.00 | DA | | FA |
| 8 | 1998 Chevy Astro minivan | 3,000.00 | 0.00 | DA | | FA |
| 9 | 2008 Chevy Cobalt | 10,975.00 | 0.00 | DA | | FA |
| 10 | interest on invested funds | | | | 1.61 | |

TOTALS (Excluding unknown values)                            7,000.00                    7,001.61

                                                       (Total Dollar Amount in Column 6)

Major activities affecting case closing: sale of right, title and interest in Mexican real estate

Initial Projected Date of Final Report (TFR): October, 2009       Current Projected Date of Final Report (TFR): 10/19/09

EXHIBIT "A" FORM 2

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 09-20171  
Case Name: LUIS M. MADRIGAL-LEAL  
Taxpayer ID#: 27-6136259  
For Period Ending: 12/31/09  

Trustee's Name: Allan J. DeMars  
Bank Name: Bank of America  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Money Market #: 375 555 5577  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 7/22/09 | Ref 1 | from debtor/family members | right, title and interest in real estate located in Panjamillo Michoacan, Mexico | 1110-000 | 7,000.00 | | 7,000.00 |
| 7/31/09 | Ref 10 | Bank of America | interest on invested funds | 1270-000 | 0.15 | | 7,000.15 |
| 8/31/09 | Ref 10 | Bank of America | interest on invested funds | 1270-000 | 0.59 | | 7,000.74 |
| 9/30/09 | Ref 10 | Bank of America | interest on invested funds | 1270-000 | 0.58 | | 7,001.32 |
| 10/15/09 | Ref 10 | Bank of America | interest on invested funds | 1270-000 | 0.29 | | 7,001.61 |
| 12/3/09 | Check 1001 | Allan J. DeMars | trustee fees | 2100-000 | | 1,450.16 | 5,551.45 |
| 12/3/09 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 12.44 | 5,539.01 |
| 12/3/09 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,261.50 | 4,277.51 |
| 12/3/09 | Check 1004 | Chase Auto Finance | 726(a)(2); 38.87203% | 7100-000 | | 4,277.51 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,001.61 | 7,001.61 | 0.00 |
| Net | 7,001.61 | 7,001.61 | 0.00 |

TOTAL - ALL ACCOUNTS  NET DEPOSITS  DISBURSEMENTS  BALANCES  
Money Market # 375 555 5577  7,001.61  7,001.61  0.00  
Net  7,001.61  7,001.61  0.00